UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID TURNER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCHNEIDER ELECTRIC HOLDINGS, INC., *et al.*, <br><br> *Defendants*. | No. 1:20-cv-11006-NMG <br><br> CLASS ACTION |

**UNOPPOSED MOTION TO APPEAR REMOTELY AT THE SEPTEMBER 19, 2023 FAIRNESS HEARING**

Plaintiffs, by and through their attorneys, hereby respectfully request that the Court allow counsel for Defendants and Plaintiffs (collectively, the "Parties") to appear remotely at the September 19, 2023 Fairness Hearing set in this matter. Doc. 212. In support of this unopposed motion, Plaintiffs state as follows:

1. On May 5, 2023, the Court entered an order granting Plaintiffs' unopposed Motion for Conditional Certification of a Settlement Only Class and Preliminary Approval of Class Settlement. Doc. 212.

2. In the Order, the Court set a Fairness Hearing to take place on September 19, 2023 at 3:00 p.m. in Courtroom 4 at the United States District Court for the District of Massachusetts to determine, among other issues: whether the Settlement Agreement should be approved as fair, reasonable, and adequate; whether the Settlement Notice and notice methodology were performed as directed by this Court; whether the motion for attorneys' fees and costs should be approved; whether an amount of compensation to class representatives should be approved; and whether the administrative expenses specified in the Settlement Agreement and requested by the Parties should be approved for payment from the Gross Settlement Amount. Doc. 212.

3. Plaintiffs' counsel are located in St. Louis, Missouri.

4. Defendants' counsel are located in Washington, D.C.

5. Attending the Fairness Hearing in person would require all the attorneys for Plaintiffs and Defendants to travel to Boston and incur related travel expenses.

6. There are presently no objectors to the Settlement, and no objector has notified the Parties or the Court that he or she intends to attend the Fairness Hearing. The deadline for submission of objections to the settlement has expired. Doc. 212, at ¶7C.

7. Given these circumstances, Plaintiffs respectfully request the Court permit the Parties' counsel to appear remotely, either telephonically or by video conference at the Court's preference, at the Fairness Hearing set for this matter on September 19, 2023 at 3:00 p.m.

8. The Parties have conferred in good faith and Defendants do not oppose this request.

September 5, 2023
/s/ Troy A. Doles
Schlichter Bogard LLP
Jerome J. Schlichter (admitted *pro hac vice*)
Troy A. Doles (admitted *pro hac vice*)
Heather Lea (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com

*Lead Counsel for Plaintiffs*

> Robert T. Naumes, BBO # 367660
> Christopher Naumes, BBO # 671701
> Naumes Law Group
> 2 Granite Ave, #425
> Milton, Massachusetts 02186
> 617-227-8444
> 617-696-2437 (fax)
> robert@naumeslaw.com
> christopher@naumeslaw.com
>
> Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2023.

> /s/ Troy A. Doles

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' counsel conferred with Defendants' counsel related to the issues raised in this motion. Defendants stated that they do not oppose Plaintiffs' Unopposed Motion to Appear Remotely at Fairness Hearing.

> /s/ Troy A. Doles